| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Choshen Israel  LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  11-3467954

**4. Debtor's address**

Principal place of business

**710 Loch Hurlyville Road**
**Loch Sheldrake, NY 12759**
Number, Street, City, State & ZIP Code

**Sullivan**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Choshen Israel  LLC**_____    Case number (*if known*)_____
  Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Choshen Israel LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
     Contact name
     Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor    **Choshen Israel  LLC**    Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Choshen Israel  LLC**                                            Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  2, 2023**
              MM / DD / YYYY

**X  /s/ Lawrence Katz**                                                    **Lawrence Katz**
Signature of authorized representative of debtor                            Printed name

Title   **Member**

**18. Signature of attorney**

**X  /s/ Linda Tirelli**                                                    Date  **August  2, 2023**
Signature of attorney for debtor                                                  MM / DD / YYYY

**Linda Tirelli Esq.**
Printed name

**Tirelli Law Group, LLC**
Firm name

**50 Main Street
Suite 1265
White Plains, NY 10606**
Number, Street, City, State & ZIP Code

Contact phone   **914-732-3222**           Email address   **LTirelli@tirellilawgroup.com**

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Choshen Israel  LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 445 Central LLC<br>95 Delancey Street<br>New York, NY 10002 | | | Disputed | | | $4,500.00 |
| American Express Co.<br>rn Stephen Squeri, CEO<br>200 Vesey Street<br>New York, NY 10285 | | | Disputed | | | $375,000.00 |
| Daniel Stern<br>1598 28th Street<br>Brooklyn, NY 11229 | | | | | | $75,725.00 |
| Fredrick Stern<br>1598 28th Street<br>Brooklyn, NY 11229 | | | Disputed | | | $75,725.00 |
| Moshe Stern<br>1598 28th Street<br>Brooklyn, NY 11229 | | | Disputed | | | $75,725.00 |
| People of the State of New Yok<br>NYS Office of the Atty General<br>28 Liberty Street<br>New York, NY 10005 | | Lawsuit | | | | $2,000,000.00 |
| Shalom Meidenbaum<br>50 Bay Berry Road<br>Lawrence, NY 11559 | | | Disputed | | | $0.00 |
| Simon Stern<br>1598 East 28th Street<br>Brooklyn, NY 11229 | | | Disputed | | | $75,725.00 |

**Fill in this information to identify the case:**

Debtor name: **Choshen Israel LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**445 Central LLC**<br>**95 Delancey Street**<br>**New York, NY 10002**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $4,500.00 |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express Co.**<br>**rn Stephen Squeri, CEO**<br>**200 Vesey Street**<br>**New York, NY 10285**<br>Date(s) debt was incurred **November 2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $375,000.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Daniel Stern**<br>**1598 28th Street**<br>**Brooklyn, NY 11229**<br>Date(s) debt was incurred **February 2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $75,725.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Fredrick Stern**<br>**1598 28th Street**<br>**Brooklyn, NY 11229**<br>Date(s) debt was incurred **February 2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $75,725.00 |

Debtor  **Choshen Israel  LLC**                                              Case number (if known)
        Name

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Moshe Stern**<br>**1598 28th Street**<br>**Brooklyn, NY 11229**<br>Date(s) debt was incurred  **February 2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$75,725.00** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**People of the State of New Yok**<br>**NYS Office of the Atty General**<br>**28 Liberty Street**<br>**New York, NY 10005**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Lawsuit**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,000,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Shalom Meidenbaum**<br>**50 Bay Berry Road**<br>**Lawrence, NY 11559**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Simon Stern**<br>**1598 East 28th Street**<br>**Brooklyn, NY 11229**<br>Date(s) debt was incurred  **February 2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$75,725.00** |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|     | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|-----|---|---|---|
| 4.1 | **David Galanter, Esq.**<br>**95 Delancey Ssstreet**<br>**New York, NY 10002** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Lauren Ashley McDonough, Esq**<br>**NYS Office of the Atty General**<br>**28 Liberty Street**<br>**New York, NY 10005** | Line  **3.6**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 2,682,400.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | **2,682,400.00** |

# United States Bankruptcy Court
## Southern District of New York

In re  **Choshen Israel  LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August  2, 2023**

**/s/ Lawrence Katz**  
**Lawrence Katz**/**Member**  
Signer/Title

```
445 CENTRAL LLC
95 DELANCEY STREET
NEW YORK, NY 10002


AMERICAN EXPRESS CO.
RN STEPHEN SQUERI, CEO
200 VESEY STREET
NEW YORK, NY 10285


DANIEL STERN
1598 28TH STREET
BROOKLYN, NY 11229


DAVID GALANTER, ESQ.
95 DELANCEY SSSTREET
NEW YORK, NY 10002


FREDRICK STERN
1598 28TH STREET
BROOKLYN, NY 11229


LAUREN ASHLEY MCDONOUGH, ESQ
NYS OFFICE OF THE ATTY GENERAL
28 LIBERTY STREET
NEW YORK, NY 10005


MOSHE STERN
1598 28TH STREET
BROOKLYN, NY 11229


PEOPLE OF THE STATE OF NEW YOK
NYS OFFICE OF THE ATTY GENERAL
28 LIBERTY STREET
NEW YORK, NY 10005


SHALOM MEIDENBAUM
50 BAY BERRY ROAD
LAWRENCE, NY 11559


SIMON STERN
1598 EAST 28TH STREET
BROOKLYN, NY 11229
```

# United States Bankruptcy Court
## Southern District of New York

In re   **Choshen Israel  LLC**

Debtor(s)

Case No.

Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Choshen Israel  LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  2, 2023**

Date

**/s/ Linda Tirelli**

**Linda Tirelli Esq.**

Signature of Attorney or Litigant

Counsel for   **Choshen Israel  LLC**

**Tirelli Law Group, LLC**

**50 Main Street**
**Suite 1265**
**White Plains, NY 10606**
**914-732-3222 Fax:914-517-2696**
**LTirelli@tirellilawgroup.com**