UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Berry Law PLLC
Eric Berry [EB-8598]
745 Fifth Avenue, 5th Floor
New York, New York  10151
212-355-0777
berrylawpllc@gmail.com

In Re:

Choshen Israel, LLC

Case No.: 23-35636-cgm

Chapter: 11

Judge: Cecelia G. Morris

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Shalom Maidenbaum__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  c/o Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York  10151

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 3, 2023

/s/Eric W. Berry
Signature

*new.8/1/15*