# Levi Huebner & Associates, PC
## Attorneys and Counselors at Law

488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel: (212) 354-5555
Fax: (718) 636-4444

email: newyorklawyer@msn.com

August 2, 2023

**VIA NYSCEF and EMAIL To:** judgecozzensremote@nycourts.gov

Honorable Justice R. Bruce Cozzens, Jr.
Supreme Court, Nassau County
100 Supreme Court Drive
Mineola, NY 11501

      Re:    *Shalom Maidenbaum v. Cardis Enterprises, et.al.*
             <u>Index No. 604610/16</u>

Honorable Justice Cozzens:

      As you know we represent the defendant Aaron D. Fischman ("Mr. Fischman") in this matter.

      Please be advised that today it has come to our attention that the defendant Choshen Israel LLC has duly filed for bankruptcy in the United States Bankruptcy Court, Southern District of New York.

      As such, the bankruptcy automatically stays all collection activity and litigation against the debtor while the bankruptcy case is pending.

      The Notice of Bankruptcy and automatic stay is also filed as **Exhibit A**.

                            Respectfully submitted,

                            / s / Levi Huebner
                            _____
                            Levi Huebner

                            *Attorneys for Defendant*
                            *Aaron Fischman*

Cc: All counsel of Record via Email & NYSCEF