UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X

In re:
Choshen Israel Group LLC                                          Chapter 11
                                                                                      Case No.: 23-35636(cgm)
           Debtor/Debtor In Possession
-------------------------------------------------------X
Choshen Israel Group LLC
           Movant
v.

Shalom Maidenbaum, Esq., Eric Berry, Esq.
And Elliot Joseph Blumenthal, Esq.
-------------------------------------------------------X

### [PROPOSED] ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND BANKRUPTCY RULES 9014 AND 9020, GRANTING THE DEBTOR'S MOTION FOR AN ORDER HOLDING SHALOM MAIDENBAUM, ESQ., ERIC BERRY, ESQ.AND ELLIOT JOSEPH BLUMENTHAL, ESQ. IN CIVIL CONTEMPT

Upon the motion to this Court (the "Motion") of the Debtor and Debtor In Possession for entry of an order, under Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's inherent contempt power, holding Shalom Maidenbaum, Esq., Eric Berry, Esq. and Elliot Joseph Blumenthal, Esq**.** in civil contempt for their willful violations of the automatic stay imposed by Bankruptcy Code Sections 362(a)(3) and 362(a)(7),; and further it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED.

2. The Defendants are in civil contempt for their violations of the automatic stay imposed by Bankruptcy Code Sections 362(a)(1) and (6).

3. The Defendants are directed to pay compensatory sanctions in the form of reasonable attorneys' fees and expenses incurred by the Debtor and Debtor in Possession because of the Respondents' violations of the automatic stay, including reasonable attorneys' fees and expenses incurred in connection with the Debtor's prosecution of this Motion, in an amount to be determined by the Court.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2023

Poughkeepsie, New York

/s/_____
THE HONORABLE CECILIA G MORRIS
 UNITED STATES BANKRUPTCY JUDGE