UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-------------------------------------------------------X

In re:

Choshen Israel Group LLC          Chapter 11
         Case No.: 23-35636(cgm)

         Debtor.

-------------------------------------------------------X

## CERTIFICATE OF SERVICE

Linda M. Tirelli, Esq., attorney for the Debtor in Possession Donna Ferrato, hereby certifies to the Court as follows:

1.      I am not a party for the foregoing proceeding;
2.      I am not less than 18 years of age;
3.      I have this day served a copy of the foregoing

### MOTION FOR CIVIL CONTEMPT VIOLATION OF STAY AND SANCTIONS, NOTICE OF HEARING AND PROPOSED ORDER

on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Eric W. Berry
Berry Law PLLC
745 Fifth Avenue
Ste 5th Floor
New York, NY 10151

Alicia M. Leonhard
DOJ-UST
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207

Elliot J. Blumenthal, Esq.
483 Chestnut Street
Cedarhurst, New York 11516

Choshen Israel LLC
710 Loch Hurlyville Road
Loch Sheldrake, NY 12759

Shalom Maidenbaum
132 Spruce Street
Cedarhurst, NY 11516

4.      To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

5.      Service as outlined herein was made within the United States of America.

Dated this the 19th day of August 2023


/s/ Linda M. Tirelli, Esq.
Linda M. Tirelli, Esq.
Tirelli Law Group, LLC
50 Main Street, Suite 1265
White Plains, New York 10606
Phone: 914-732-3222