# EXHIBIT 8

tibank Online – Check Image                                  https://online.citibank.com/US/usba/ci/presentCheckImage.do

# citi

Print   Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:29 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| shalom Interest Checking: XXXX6745 | 3096 | 06/23/2009 | $ 50,000.00 |



Security Tip: Check Image files may be automatically saved on the hard drive of this
computer. If other people use this computer you should delete these files so that no one



Print    Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:29 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| shalom Interest Checking: XXXX6745 | 3071 | 08/04/2009 | $ 50,000.00 |







**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

ibank Online - Check Image

https://online.citibank.com/US/usba/cl/presentCheckImage.do



**citi**

Print    Close

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 12-06-2010 15:32 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3099 | 09/23/2009 | $ 75,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this
computer. If other people use this computer you should delete these files so that no one
will have access to your check images and account information. Learn more

tibank Online - Check Image
https://online.citibank.com/US/usba/ci/presentCheckImage.do

# citi

Print   Close

**ATM/Debit Card:** XXXX-XXXX-XXXX-2268

As of 12-06-2010 15:31 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3224 | 12/28/2009 | $ 50,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this
computer. If other people use this computer you should delete these files so that no one
will have access to your check images and account information. Learn more

12/6/2010 3:31 PM

 citi

Print   Close

**ATM/Debit Card:** XXXX-XXXX-XXXX-2268

As of 12-06-2010 15:22 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| shalom Interest Checking: XXXX6745 | 3435 | 09/03/2010 | $ 200,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check Images and account Information. Learn more

:ibank Online - Check Image                        https://online.citibank.com/US/usba/ci/presentCheckImage.do

citi                                                Print    Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:23 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3379 | 10/25/2010 | $ 100,000.00 |







**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

ieck Image

🖨 Print  Close

**CHECK 0000002124**

**Date:** 11/1/2010

**Amount:** $ 150,000.00



S & M DEVELOPMENT CO.
132 SPRUCE STREET
CEDARHURST, NY 11516

CITIBANK
1-148/280

2124

10/29/2010

PAY TO THE ORDER OF ___ Lawrence Katz, as Attorney _____ $ **150,000.00

One Hundred Fifty Thousand and 00/100************************************************* DOLLARS

MEMO    Loan to Cardis

⑈002124⑈ ⑆028001489⑆ 092⑈00687 9⑈



Did you know... Check image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

**CHECK 0000002124**



Ck Date: 12/10/2010 Ck No: 3454 Amt: $125000.00



SHALOM MAIDENBAUM
50 BAY BERRY RD
LAWRENCE, NY 11559

3551

02/28/2011

CITIBANK, N.A.
CEDERBEACH, NY 11730
1-468010

PAY TO THE
ORDER OF: Lawrence Katz, As Attorney

$ **50,000.00

Fifty thousand and 00/100******************************

DOLLARS

MEMO

#003551# #021001486# 00009 2305 715#

Ck Date: 03/03/2011 Ck No: 3551 Amt: $500000.00



Ck Date: 03/17/2011 Ck No: 3559 Amt: $10000.00



Ck Date: 03/22/2011 Ck No: 3571 Amt: $50000.00



Ck Date: 03/29/2011 Ck No: 3572 Amt: $25000.00



SHALOM MAIDENBAUM
50 DAY BERRY RD
LAWRENCE, NY 11559

3581

CITIBANK, N.A.
CENTEREACH, NY 11720
1-149/200

04/01/2011

PAY TO THE
ORDER OF  Lawrence Katz, As Attorney                    $ **50,000.00

Fifty thousand and 00/100**********************************************  DOLLARS

MEMO  temporary loan

Ck Date: 04/04/2011  Ck No: 3581  Amt: $50000.00



Ck Date: 09/03/2013 Ck No: 4342 Amt: $150000.00



Ck Date: 09/03/2013 Ck No: 4341 Amt: $100000.00



Ck Date: 09/17/2013 Ck No: 4374 Amt: $100000.00

**LAWRENCE KATZ**
**IOLA**
446 CENTRAL AVE, UNIT 221
CEDARHURST, NY 11516-2026

1904

DATE _Feb 7, 2014_

PAY TO THE ORDER OF _Shalom Maidenbaum_    $ _25000_

_Twenty Five Thousand 00/100_    DOLLARS

**Bank of America**

ACH R/T 021000222

FOR _Chabad_

⑈001904⑈ ⑆021000322⑈ 002163015671⑈

116948654 82142814 NY872 9650265 BIC

3/15/2016

 citi

Print a Copy    Cl

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 03-15-2016 14:53 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| Shalom Interest Checking: 6745 | 4734 | 10/08/2014 | $ 100,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/15/2016

Check Image - Citibank



Print a Copy    Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-15-2016 14:54 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4739 | 11/10/2014 | $ 100,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/15/2016



Print a Copy    Clo

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 03-15-2016 14:55 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4812 | 02/24/2015 | $ 75,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/14/2016                                         Check Image - Citibank

 citi

                                                                            Print a Copy    Ck

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:24 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4850 | 05/06/2015 | $ 250,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/14/2016                              Check Image - Citibank



Print a Copy    Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268
As of 03-14-2016 15:24 EDT

### SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4876 | 06/22/2015 | $ 50,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/6/2017

Check Image - Citibank

# citi

**Print a Copy**

ATM/Debit Card: XXXX-XXXX-XXXX-2267

As of 03-06-2017 15:14 EST

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| Shalom Interest Checking: 6745 | 5348 | 08/04/2016 | $ 50,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

8/28/2017

🖶 **Print**   **Close**

**CHECK: 8074**
**Date:** Apr 27, 2017
**Amount:** $90,000.00



Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.



Ck Date: 04/12/2006 Ck No: 2159 Amt: $25000.00

Ck Date: 04/12/2006 Ck No: 2159 Amt: $25000.00



Ck Date: 11/17/2009 Ck No: 3163 Amt: $50000.00



Ck Date: 11/17/2009 Ck No: 3163 Amt: $50000.00

# CHOSHEN ISRAEL LLC

CEDARHURST CENTER • 445 Central Avenue • Cedarhurst, NY 11516
(516) 374-9500 • (800) 593-9550 • Fax (516) 374-3361

11/6/07

Re: Cardis Investment

Hi Shalom:

This is to confirm that we have transferred from The Boss's daughter's investment of
$ 75,000.00 that was tendered on December 16, 2005 to the following:

Shalom S. Maidenbaum- 25,000 shares & 12,500 warrants

Anthony Montilli- 25,000 shares & 12,500 warrants

Steven Garber- 25,000 shares & 12,500 warrants

The shares will be issued at the time of the offering. The warrants expiration will be
extended through the offering date and each investor will be notified as to the last date
that they can convert the warrant at .67 cents.

Sincerely,

Seth Rosenblatt
Choshen Israel

B 1







Ck Date: 12/09/2005 Ck No: 2077 Amt: $37500.00

B4

GARBER ATLAS FRIES & ASSOCIATES, INC.
OPERATING II ACCOUNT
3070 LAWSON BLVD.
OCEANSIDE, NY 11572-2711

THE FIRST NATIONAL
BANK OF LONG ISLAND
310 MERRICK ROAD
ROCKVILLE CENTRE, NEW YORK 11570
50-1133/214 11

4701

47013

PAY TWELVE THOUSAND FIVE HUNDRED DOLLARS and 00 CENTS

TO THE
RDER OF

Shalom S. Maidenbaum, Esq.

DATE
12/27/05

AMOUNT
$12,500.00*

OPERATING II ACCOUNT

AUTHORIZED SIGNATURE

⑆047013⑆ ⑈021411335⑈ 11 700465 5⑈

ROSENFELD & MAIDENBAUM / ATTORNEYS

Hi Lucy

I will deposit $50,000 $25,000 tomorrow and $5,000 Monday

(Cardis)



**$50,000.00**

MEMO _____ Cardis



**$25,000.00**

SHLOMO MAIDENBAUM

Twenty Five Thousand and



Ck Date: 10/12/2006 Ck No: 2356 Amt: $25000.00



Ck Date: 10/12/2006 Ck No: 2356 Amt: $25000.00



Ck Date: 12/04/2007 Ck No: 2658 Amt: $25000.00



Ck Date: 12/04/2007 Ck No: 2658 Amt: $25000.00



Ck Date: 07/25/2008 Ck No: 2815 Amt: $75000.00



Ck Date: 07/25/2008 Ck No: 2815 Amt: $75000.00



Ck Date: 06/23/2009 Ck No: 3097 Amt: $150000.00



Ck Date: 06/23/2009 Ck No: 3097 Amt: $150000.00



Ck Date: 08/05/2009 Ck No: 3072 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3072 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3073 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3073 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3074 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3074 Amt: $50000.00

tibank Online - Check Image                    https://online.citibank.com/US/usba/ci/presentCheckImage.do



Print    Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:43 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3083 | 09/23/2009 | $ 75,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. <u>Learn more</u>



Ck Date: 02/08/2010 Ck No: 3271 Amt: $65000.00



Ck Date: 02/08/2010 Ck No: 3271 Amt: $65000.00



Ck Date: 02/04/2010 Ck No: 3244 Amt: $70000.00



Ck Date: 02/04/2010 Ck No: 3244 Amt: $70000.00



Ck Date: 05/06/2010 Ck No: 3311 Amt: $125000.00





**Business Platinum Card®**
ROSENFELD/MAIDENBAUM
SHALOM S MAIDENBAUM
Closing Date 03/25/12

**OPEN**℠

p. 5/16

Account Ending 1-71003

| Detail Continued | | | Foreign Spend | Amount |
|---|---|---|---|---|

| | Description | Price | | |
|---|---|---|---|---|
| | PUBLISHING & PRINTI | $2,904.32 | | |
| 03/14/12 | TROUTMAN SANDERS LLPATLANTA    GA | | | $15,000.00 |
| | 4048853000 | | | |
| 03/14/12 | KAL AUTO    JERUSAI FM | | | |





Ref. No.: 8130064924451590    Amount: 9,000.00

3/14/2016

Check Image - Citibank



Print a Copy    Clo

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:25 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4891 | 07/16/2015 | $ 100,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/14/2016 Check Image - Citibank



Print a Copy    Cl...

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:25 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4893 | 07/17/2015 | $ 175,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/14/2016    Check Image - Citibank



Print a Copy    Clo

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:28 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4917 | 08/12/2015 | $ 100,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/14/2016                                    Check Image - Citibank

 **citi**

Print a Copy    Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:26 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4918 | 08/13/2015 | $ 50,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

6/14/2016                                    Wire Transfers - Citibank

OPEN AN ACCOUNT    RATES | LOCATIONS    CONTACT US  HELP                        | GO   SECURITY

Accounts   Payments & Transfers   Investments   Financial Tools   . Account Management                Go to Citi.com         Sign Off

Welcome Shalom Maidenbaum   |  1  Messages   | Last Login: June 14, 2016, 11:47 AM

**Common Questions**

What information do I need
to send a domestic wire
transfer?

What information do I need
to send an international
wire transfer?

What do online wire
transfers cost?

Is there a dollar limit for
outgoing wire transfers?

Please be advised Japan now
requires a foreign currency contract to
be on file for the recipient's account to
be credited in US dollars. Refer to the
recipient to confirm a contract is on file
prior to completing the transfer.

### See Past Wire Transfers

| Past Wire Detail | |
|---|---|
| Source Account | XXXXXXXXX745 (Checking) |
| Amount | $200,000.00 |
| Beneficiary | Pearl Cohen Zedek Latzer Baratz 1500 Broadway New Your, NY 10017 |
| Beneficiary Account | 655617110065 |
| Bank | JPMORGAN CHASE BANK, NA New York, NY |
| Destination ABA | 021000021 |
| Special Instructions | EPoint Payment Corp. |
| Date | 08/26/2015 |
| Reference Number | 0736840736860433477160 |
| Citibank Reference Number | 2381869697 |
| Customer Reference Number | |
| Set up by | SHALOM S MAIDENBAUM |
| Approved By | SHALOM S MAIDENBAUM |

[< Back]

Terms & Conditions     Privacy     Security     Careers     About Us     Contact Us     Site Map

This page of citi.com contains information about U.S. domestic financial services provided by the Citigroup family of companies and is intended for use
domestically in the U.S. Terms, conditions and fees for accounts, products, programs and services are subject to change.

The products, account packages, promotional offers and services described in this website may not apply to customers of Citigold Private Client, Citigold
International, International Personal Banking or Global Executive Banking. Please click on the appropriate link to obtain such information.

Copyright © 2016 Citigroup Inc
jfp/pnsp42-srv1/jfp
BANKRIAWebEnglish/Secure/MyCitiTransfers/Wires/IFrame/CitiWires

Check Image - Citibank

3/14/2016

# citi

Print a Copy    Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:27 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4945 | 09/11/2015 | $ 400,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

3/14/2016                                         Check Image - Citibank



Print a Copy    Cl

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:27 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4939 | 09/08/2015 | $ 200,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more