EXHIBIT 9

# Shalom Maidenbaum
## Cardis/Epoint Schedule - 11-10-20

| Payer | Check Date | Check # | Misc. Info: | Amount | |
|---|---|---|---|---:|---|
| **Loans:** | | | | | |
| Shalom Maidenbaum | 6/18/2009 | 3096 | | 50,000.00 | |
| Shalom Maidenbaum | 7/31/2009 | 3071 | | 50,000.00 | |
| Shalom Maidenbaum | 9/21/2009 | 3099 | | 75,000.00 | |
| | | | Allocated as equity | (25,000.00) | |
| | | | | 50,000.00 | |
| Shalom Maidenbaum | 12/23/2009 | 3224 | | 50,000.00 | |
| Shalom Maidenbaum | 9/3/2010 | 3435 | | 200,000.00 | |
| Shalom Maidenbaum | 10/21/2010 | 3379 | | 100,000.00 | |
| S&M Development Corp | 10/21/2010 | 2124 | | 150,000.00 | |
| Shalom Maidenbaum | 12/8/2010 | 3454 | | 125,000.00 | |
| Shalom Maidenbaum | 12/31/2010 | 3471 | | 65,000.00 | C |
| Shalom Maidenbaum | 2/28/2011 | 3551 | | 50,000.00 | |
| Shalom Maidenbaum | 3/9/2011 | 3559 | | 10,000.00 | |
| Shalom Maidenbaum | 3/22/2011 | 3571 | | 50,000.00 | |
| Shalom Maidenbaum | 3/22/2011 | 3572 | | 25,000.00 | |
| Shalom Maidenbaum | 4/1/2011 | 3581 | | 50,000.00 | |
| Shalom Maidenbaum | 8/29/2013 | 4342 | | 150,000.00 | |
| Shalom Maidenbaum | 8/29/2013 | 4341 | | 100,000.00 | |
| Shalom Maidenbaum | 9/16/2013 | 4374 | | 100,000.00 | |
| Larry Katz - Deposit | 2/14/2014 | **1904** | | (25,000.00) | |
| | **$2,000,000 Confession of Judgment - 06/21/16** | | | 1,350,000.00 | |
| Shalom Maidenbaum | 10/6/2014 | 4734 | | 100,000.00 | |
| Shalom Maidenbaum | 11/7/2014 | 4739 | | 100,000.00 | |
| Shalom Maidenbaum | 2/23/2015 | 4812 | | 75,000.00 | |
| | **$275,000 Confession of Judgment - 06/28/16** | | | 275,000.00 | |
| | **Total Loans** | | | **1,625,000.00** | |
| Shalom Maidenbaum | 5/6/2015 | 4850 | | 250,000.00 | A |
| Shalom Maidenbaum | 6/22/2015 | 4876 | | 50,000.00 | A |
| | **All four judgments** | | | **1,925,000.00** | |
| **Loan Guarantees - Repayment:** | | | | | |
| Shalom Maidenbaum | 8/2/2016 | 5348 | To buy-out Todd Gabor Interest | **50,000.00** | |
| Spruce Technology LLC | 3/15/2017 | **8074** | To buy-out Anthony Montilli | **90,000.00** | |
| **Romlight - Diversion:** | | | | | |
| Shalom Maidenbaum | 4/6/2006 | 2159 | | 25,000.00 | |
| Shalom Maidenbaum | 11/13/2009 | 3163 | | 50,000.00 | |
| | | | | 75,000.00 | |

## Equity:

| Name | Date | Check # | Description | Amount | Ref |
|---|---|---|---|---:|---|
| Shalom Maidenbaum | 12/9/2005 | 2077 | Reimbursement to TBD | 37,500.00 | |
| Garber, Atlas | 12/27/2005 | 47013 | Reimbursement from Garber, Atlas | (12,500.00) | |
| | | | | 25,000.00 | B |
| Shalom Maidenbaum | 9/13/2006 | 2303 | | **50,000.00** | |
| Shalom Maidenbaum | 9/18/2006 | 2304 | | **25,000.00** | |
| Shalom Maidenbaum | 10/6/2006 | 2356 | | **25,000.00** | |
| Shalom Maidenbaum | 11/30/2007 | 2658 | | **25,000.00** | |
| Shalom Maidenbaum | 7/20/2008 | 2815 | | **75,000.00** | |
| Shalom Maidenbaum | 6/18/2009 | 3097 | | **150,000.00** | |
| Shalom Maidenbaum | 8/3/2009 | 3072 | | **50,000.00** | |
| Shalom Maidenbaum | 8/3/2009 | 3073 | | **50,000.00** | |
| Shalom Maidenbaum | 8/3/2009 | 3074 | | **50,000.00** | |
| Shalom Maidenbaum | 9/21/2009 | 3083 | | **75,000.00** | |
| Shalom Maidenbaum | 9/21/2009 | 3099 | | 75,000.00 | |
| | | | Allocated as loan - See Schedule | (50,000.00) | |
| | | | | 25,000.00 | |
| Shalom Maidenbaum | 2/1/2010 | 3271 | | **65,000.00** | |
| Shalom Maidenbaum | 2/2/2010 | 3244 | | 70,000.00 | |
| | | | Allocated to Jonathan Stein - as partial personal loan repayment | (35,000.00) | |
| | | | | 35,000.00 | |
| Shalom Maidenbaum | 5/4/2010 | 3311 | | **125,000.00** | |
| M&S Amex | 4/4/2012 | | Cardis Legal Fee advance - Troutman Sanders | 15,000.00 | |
| | 7/25/2012 | | Lawrence Katz Reimbursement | (9,000.00) | |
| | | | | 6,000.00 | |
| | | **Total** | | **856,000.00** | |

## Equity/Loans:

| Name | Date | Check # | Description | Amount | Ref |
|---|---|---|---|---:|---|
| Shalom Maidenbaum | 5/6/2015 | 4850 | | 250,000.00 | A |
| Shalom Maidenbaum | 6/22/2015 | 4876 | | 50,000.00 | A |
| Shalom Maidenbaum | 7/15/2015 | 4891 | Lawrence Katz | 100,000.00 | |
| Shalom Maidenbaum | 7/15/2015 | 4893 | Lawrence Katz | 175,000.00 | |
| Shalom Maidenbaum | 8/11/2015 | 4917 | Lawrence Katz | **100,000.00** | |
| Shalom Maidenbaum | 8/12/2015 | 4918 | Lawrence Katz | 50,000.00 | |
| Shalom Maidenbaum | 8/26/2015 Wire | | Pearl, Cohen, Zedek, | 200,000.00 | |
| Shalom Maidenbaum | 9/10/2015 | **4945** | Lawrence Katz | 400,000.00 | |
| Shalom Maidenbaum | 9/3/2015 | 4939 | Lawrence Katz | 200,000.00 | |
| | | Total | | **1,525,000.00** | |
| | | **Grand Total** | | **4,521,000.00** | |

| | | | | | |
|---|---|---|---|---:|---|
| Shalom Maidenbaum | 5/6/2015 | 4850 | | 250,000.00 | A |
| Shalom Maidenbaum | 6/22/2015 | 4876 | | 50,000.00 | A |
| | | | | **4,221,000.00** | |

**A**= Checks for epoint that are included as part of confession of judgement and epoint.
**B**= See letter and check images with B Reference.
**C**= Image of check not available.