UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

------------------------------------------------------X  Chapter 11
*In re* CHOSHEN ISRAEL LLC,

　　　　　　　　　　　　　　　　　　　　Case No. 23-35636 (CGM)

　　　　　　　　Debtor,
------------------------------------------------------X  **CERTIFICATE OF SERVICE**

　　　　Eric W. Berry, pursuant to 28 U.S.C. §1746, certifies that the following statement is true and correct:

　　　　1. On September 1, 2023, I served a true copy of creditor Shalom S. Maidenbaum's motion to dismiss the petition (ECF 16) *via* the ECF system and in accordance with Bankruptcy Rule 9036 upon:

　　　　United States Trustee
　　　　Alicia Leonhard, Esq., Trial Attorney
　　　　USTPRegion02.PK.ECF@USDOJ.GOV
　　　　11A Clinton Avenue, Room 620
　　　　Albany, New York 12207
　　　　(518) 434-4553
　　　　518) 434-4459

　　　　Linda Tirelli, Esq.
　　　　Attorney for debtor Choshen Israel, LLC
　　　　50 Main Street, Suite 1265
　　　　White Plains, New York 10606
　　　　(914) 732-3222

　　　　2. On September 2, 2023, I served a true copy of Maidenbaum's motion to dismiss the petition (ECF 14) by FEDERAL EXPRESS upon:

　　　　Stanley Cheung
　　　　Bankruptcy Specialist
　　　　Internal Revenue Service
　　　　2 MetroTech Center
　　　　Brooklyn, NY 11201

Dated: New York, New York　　　　　　　　　　/s/Eric W. Berry
　　　　September 5, 2023　　　　　　　　　　　　Eric W. Berry