# EXHIBIT 1

Nassau County
Maureen OConnell
County Clerk
Mineola, NY 11501

61 2016 00145264

**Ref ID#: EC 16 604610**   Instrument Number: 2016- 00145264
As
### JE1 - ELECT JUDG SUPREME COURT MONEY

Recorded On: June 21, 2016
Parties: MAIDENBAUM SHALOM
TO CARDIS ENTERPRISES INTERNATIONAL NV   Num Of Pages: 3
Recorded By: COURT   Comment:

** Examined and Charged as Follows: **

JE1 - ELECT JUDG SUPREME CC    0.00
Recording Charge:    0.00

** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

**File Information:**   **Record and Return To:**
Document Number: 2016- 00145264
Receipt Number: 302744
Recorded Date/Time: June 21, 2016 04:15:05P
Book-Vol/Pg: Bk-K Vl-76 Pg-1
Cashier / Station: 0 MEM / NCCL-JCVKBP2



County Clerk Maureen O'Connell

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------x
SHALOM S. MAIDENBAUM,

Index No. 604610/16

Plaintiff,

**JUDGMENT
BY CONFESSION**

-against-

CARDIS ENTERPRISES INTERNATIONAL, B.V.,
CARDIS ENTERPRISES INTERNATIONAL, N.V.,
CARDIS ENTERPRISES INTERNATIONAL (USA), INC.,
CHOSHEN ISRAEL LLC and AARON FISCHMAN,

Defendants.
-----------------------------------------------------------------x

**ON READING AND FILING,** the annexed Affidavit of Confession of Judgment made by Aaron Fischman, as CEO and Director of defendants Cardis Enterprises International, B.V. and Cardis Enterprises International, N.V., and as President and CEO of defendant Cardis Enterprises International (USA), Inc., and as Managing Member of defendant Choshen Israel LLC, and as individual guarantor of a certain 2 Million Dollar Note dated February 23, 2015, and on motion of Jonathan A. Stein, P.C., attorney for the plaintiff, it is hereby

132 Spruce St Cedarhurst NY 11516

~~ORDERED~~, ADJUDGED ~~AND DECREED~~, that Shalom S. Maidenbaum, the above-named plaintiff, with offices c/o Jonathan A. Stein, P.C., 132 Spruce Street, Cedarhurst, New York 11516-1915, recover from Cardis Enterprises International, B.V., Cardis Enterprises International, N.V., Cardis Enterprises International (USA), Inc. and Choshen Israel LLC the above named defendants, having offices at 445 Central Avenue, Cedarhurst, New York 11516, and Aaron Fischman, resding at 703 Carlyle Avenue, Woodmere, New York 11598, the above named individual defendant, jointly and severally, the sum of Two Million Dollars ($2,000,000.00), with interest at from February 23, 2015 through April 30, 2015 at a rate of eight percent (8%) for total accrued

interest for said period at $ 29,777.48 , and thereafter with interest at a default rate of twenty-four percent (24%) up to the date of the entry of judgment for a total accrued interest of $ 546,665.30 , without costs and disbursements, amounting in all to the sum of $ 2,576,442.78 , and that the plaintiff have execution therefor.

**JUDGMENT** signed this 21st day of June, 2016.

*Maureen O'Connell*
CLERK