EXHIBIT 2

Nassau County
Maureen OConnell
County Clerk
Mineola, NY 11501

Ref ID#: EC 16 604766            Instrument Number: 2016- 00150026
                                              As
                         JE1 - ELECT JUDG SUPREME COURT MONEY

Recorded On: June 28, 2016
Parties: MAIDENBAUM SHALOM S
    TO   CARDIS ENTERPRISES INTERNATIONAL B V                Num Of Pages: 3
Recorded By: COURT                                           Comment:

**\*\* Examined and Charged as Follows: \*\***

JE1 - ELECT JUDG SUPREME CC       0.00
    Recording Charge:             0.00

---

**\*\* THIS PAGE IS PART OF THE INSTRUMENT \*\***

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

**File Information:**                    **Record and Return To:**
    Document Number: 2016- 00150026
    Receipt Number: 308935
    Recorded Date/Time: June 28, 2016 09:54:41A
    Book-Vol/Pg: Bk-K  Vl-76  Pg-182
    Cashier / Station: 0 MEM  /  NCCL-JCVKBP2



*County Clerk Maureen O'Connell*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------------x
SHALOM S. MAIDENBAUM,

                        Plaintiff,

-against-

CARDIS ENTERPRISES INTERNATIONAL, B.V.,
CARDIS ENTERPRISES INTERNATIONAL, N.V.,
CARDIS ENTERPRISES INTERNATIONAL (USA), INC.,
CHOSHEN ISRAEL LLC and AARON FISCHMAN,

                        Defendants.
-----------------------------------------------------------------------x

Index No. 604766/16

**JUDGMENT
BY CONFESSION**

**ON READING AND FILING,** the annexed Affidavit of Confession of Judgment made by Aaron Fischman, as CEO and Director of defendants Cardis Enterprises International, B.V. and Cardis Enterprises International, N.V., and as President and CEO of defendant Cardis Enterprises International (USA), Inc., and as Managing Member of defendant Choshen Israel LLC, and as individual guarantor of a certain $275,000.00 Note dated February 23, 2015, and on motion of Jonathan A. Stein, P.C., having an office at 132 Spruce Street, Cedarhurst, New York 11516, attorney for the plaintiff, it is hereby

**ADJUDGED A~~ND DECREED~~**, that Shalom S. Maidenbaum, the above-named plaintiff, with offices c/o Jonathan A. Stein, P.C., 132 Spruce Street, Cedarhurst, New York 11516-1915, recover from Cardis Enterprises International, B.V., Cardis Enterprises International, N.V., Cardis Enterprises International (USA), Inc. and Choshen Israel LLC the above named defendants, having offices at 445 Central Avenue, Cedarhurst, New York 11516, and Aaron Fischman, resding at 703 Carlyle Avenue, Woodmere, New York 11598, the above named individual defendant, jointly and severally, the sum of Two Hundred Seventy-Five Thousand Dollars ($275,000.00), with interest at

from February 23, 2015 through April 30, 2015 at a rate of eight percent (8%) for total accrued interest for said period at $ 4,094.37 , and thereafter with interest at a default rate of twenty-four percent (24%) up to the date of the entry of judgment for a total accrued interest of $ 76,448.61 , without costs and disbursements, amounting in all to the sum of $ 355,542.98 , and that the plaintiff have execution therefor.

**JUDGMENT** signed this 28th day of June, 2016.

*Maureen O'Connell*
CLERK