# EXHIBIT 4

At IAS Part 1 of the Supreme Court
of the State of New York, Nassau County,
100 Supreme Court Drive, Mineola,
New York 11901, on the 1ST Day
of AUGUST 2023

P r e s e n t:   Hon. R. Bruce Cozzens, Presiding
                 Justice of the Supreme Court

-----------------------------------------------------------X

SHALOM S. MAIDENBAUM,

                      Plaintiff,     Index No. 604610/2016

- against -

CARDIS ENTERPRISES INTERNATIONAL, B.V.,
CARDIS ENTERPRISES INTERNATIONAL, N.V.,
CARDIS ENTERPRISES INTERNATIONAL (USA), INC.,
CHOSHEN ISRAEL LLC and AARON FISCHMAN,
                                                             **ORDER**
                      Defendants.
-----------------------------------------------------------X

      THE COURT HAVING previously found defendant Aaron Fischman ("Fischman") guilty of both criminal and criminal contempt of Court and sentenced him to thirty (30 days) in prison for criminal contempt of court and twenty (20) days in prison for civil contempt of court, the sentences to run concurrently, and provided that Fischman could purge himself of criminal and civil contempt of Court by appearing with all demanded documents and submitting himself to a deposition on Tuesday, May 9, 2023 at 9:30 a.m. at the Courthouse; and though Aaron D. Fischman was in the Courtroom the matter could not proceed due to a Bankruptcy Stay being in effect, and

      IT APPEARING that all proceedings in this case were stayed on May 8, 2023 under 11 U.S.C. §362 by the filing of a bankruptcy case, *In re Aaron D. Fischman*, Case No. 23-35368-cgm (Bankr., S.D.N.Y.) ("the *Fischman* bankruptcy case"); and

      IT FURTHER APPEARING that the *Fischman* bankruptcy case was dismissed by the order of the Hon. Cecelia G. Morris, U.S.B.J., dated July 11, 2023 (*see* <u>NYSCEF 664</u>),

      IT IS HEREBY ORDERED that defendant Aaron Fischman may purge himself of civil and criminal contempt of court by appearing with all demanded documents and submitting himself to a deposition on Monday, August 14, 2023 at 9:00 a.m. at the Courthouse. Aaron Fischman is to appear in the Third Floor Courtroom of the undersigned Justice, The Honorable

R. Bruce Cozzens, Supreme Court, 100 Supreme Court Drive, Mineola, New York 11501 on Monday, the 14th day of August, 2023 at 9:00 a.m. Should the defendant, Aaron Fischman, fail to comply with this order a warrant will issue without further notice for the arrest of Aaron Fischman and Aaron Fischman will be incarcerated for thirty (30) days.

    The NYSCEF System is instantaneous. Accordingly, this order shall be deemed served upon the Defendant Aaron Fischman upon entry of the Order by the County Clerk.

Dated: August 1, 2023

Hon. R. Bruce Cozzens
Supreme Court Justice

**ENTERED**
Aug 02 2023
NASSAU COUNTY
COUNTY CLERK'S OFFICE