# EXHIBIT 5

At IAS Part 1 of the Supreme Court
of the State of New York, Nassau County,
100 Supreme Court Drive, Mineola,
New York 11901, on the   7TH   Day
of August                2023

P r e s e n t:   Hon. R. Bruce Cozzens, Presiding
Justice of the Supreme Court

-----------------------------------------------------------X

SHALOM S. MAIDENBAUM,

                       Plaintiff,

- against -

CARDIS ENTERPRISES INTERNATIONAL, B.V.,
CARDIS ENTERPRISES INTERNATIONAL, N.V.,
CARDIS ENTERPRISES INTERNATIONAL (USA), INC.,
CHOSHEN ISRAEL LLC and AARON FISCHMAN,

                       Defendants.
-----------------------------------------------------------X

Index No. 604610/2016

**ORDER**

      It appearing that, on August 2, 2023, defendant Choshen Israel, LLC filed a bankruptcy case under Chapter 11 (Reorganization) of the United States Bankruptcy Code, *In re Choshen Israel, LLC*, Case No. 23-35636-cgm (Bankr., S.D.N.Y.), it is hereby

      ORDERED that the claim by plaintiff Shalom S. Maidenbaum against defendant Aaron Fischman is SEVERED from Maidenbaum's claims against defendants Cardis Enterprises International, B.V., Cardis Enterprises International, N.V., Cardis Enterprises International (USA), Inc., and Choshen Israel LLC, and that Fischman shall comply with the Court's order, dated and filed August 1, 2023 (NYSCEF 679), or be subject to the remedies set forth in that prior order.

Dated:   August 7,    , 2023

                                                               _____
                                                               Hon. R. Bruce Cozzens
                                                               Supreme Court Justice