# EXHIBIT 8

# citi

**ATM/Debit Card:** XXXX-XXXX-XXXX-2268

As of 12-06-2010 15:29 EST

## Check Details

| Account | Check # | Post Date | Amount |
| --- | --- | --- | --- |
| shalom Interest Checking: XXXX6745 | 3096 | 06/23/2009 | $ 50,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this
computer. If other people use this computer you should delete these files so that no one

# citi

Print   Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:29 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| shalom Interest Checking: XXXX6745 | 3071 | 08/04/2009 | $ 50,000.00 |







**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



Print   Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:32 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3099 | 09/23/2009 | $ 75,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

**citi'**              Print    Close

**ATM/Debit Card:** XXXX-XXXX-XXXX-2268

As of 12-06-2010 15:31 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking; XXXX6745 | 3224 | 12/28/2009 | $ 50,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. <u>Learn more</u>



Print    Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:22 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| shalom Interest Checking: XXXX6745 | 3435 | 09/03/2010 | $ 200,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check Images and account Information. Learn more



Print    Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:23 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| shalom Interest Checking: XXXX6745 | 3379 | 10/25/2010 | $ 100,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

🖶 Print  Close

**CHECK 0000002124**

**Date:** 11/1/2010

**Amount:** $ 150,000.00

🔍  🔍



S & M DEVELOPMENT CO.
132 SPRUCE STREET
CEDARHURST, NY 11516

CITIBANK
1-149/280

2124

10/29/2010

PAY TO THE
ORDER OF _____ Lawrence Katz, as Attorney _____ $ **150,000.00

One Hundred Fifty Thousand and 00/100********************************************** DOLLARS

MEMO      Loan to Cardis

⑈002124⑈ ⑈028001489⑈ 092⑈0088⑈ ⑈⑈



Did you know... Check image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

**CHECK 0000002124**

SHALOM MACHBUBAR
52 MAPLEWOOD RD
LAWRENCE, NY 11559

CITIBANK, N.A.
CITIBANK, N.A. CITI.COM
LAWRENCE, NY 11559
I-14/210

3454

12/05/2010

PAY TO THE
ORDER OF    Lawrence Katz, As Attorney                      $ **125,000.00

One hundred twenty-five thousand and 00/100********************************* DOLLARS

Lawrence Katz, As Attorney

VL443    Loan to Cantis

⑈003454⑈ ⑈021001486⑈ ⑆0000930674⑆

Ck Date: 12/10/2010 Ck No: 3454 Amt: $125000.00



SHALOM MAIDENBAUM
50 BAY BERRY RD
LAWRENCE, NY 11559

3551

CITIBANK, N.A.
CENTEREACH, NY 11720
1-480/210

02/28/2011

PAY TO THE
ORDER OF     Lawrence Katz, As Attorney                    $ **50,000.00

Fifty thousand and 00/100********************************************************
                                                                      DOLLARS

MEMO

⑈003551⑈ ⑆021001486⑆ 0000923057154⑈

Ck Date: 03/03/2011 Ck No: 3551 Amt: $50000.00



SHALOM MANDELBAUM
50 BAY BERRY RD
LAWRENCE, NY 11559

3559

CITIBANK, N.A.
CENTEREACH, NY 11720
1-1416/219

03/09/2011

PAY TO THE
ORDER OF    Lawrence Katz, As Attorney                    $ **10,000.00

Ten Thousand and 00/100                                   DOLLARS

MEMO

"003559" :021001486: 0000923067475"

Ck Date: 03/17/2011 Ck No: 3559 Amt: $10000.00



SHALOM MAIDENBAUM
50 PATTERSON RD
LAWRENCE, NY 11559

3571

CITIBANK, N.A.
CENTEREACH, NY 11720
1-419/210

03/18/2011

PAY TO THE
ORDER OF __ Lawrence Katz, As Attorney _____ $ **50,000.00

Fifty thousand and 00/100********************************************* DOLLARS

MEMO __ temporary loan

#003571# 1:02100114861: 00009230674 5#

Ck Date: 03/22/2011 Ck No.: 3571 Amt: $50000.00



**SHALOM MAIDENBAUM**
60 BAY BERRY RD
LAWRENCE, NY 11559

3572

COMBANK, N.A.
CENTEREACH, NY 11720
1-146/210

03/18/2011

PAY TO THE
ORDER OF ___ Lawrence Katz, As Attorney

$ **25,000.00

Twenty-five thousand and 00/100************************************************ DOLLARS

MEMO ___ temporary loan

⑆003572⑆ ⑈021001485⑈ 0000923067 45⑈

Ck Date: 03/29/2011 Ck No: 3572 Amt: $25000.00



Ck Date: 04/04/2011 Ck No: 3581 Amt: $50000.00

Ck



SHALOM MAIDENBAUM
50 BAY BERRY RD
LAWRENCE, NY 11559

4342
1-4/1210

CITIBANK, N.A.
CEDARBACH, NY 11720

09/20/2013

PAY TO THE
ORDER OF    Aaron Fleckman

$ **150,000.00

One hundred fifty thousand and 00/100************************************ DOLLARS

MEMO    Loan

AUTHORIZED SIGNATURE

⑆004342⑆ ⑆021001448⑆ 000098306745⑆

**Ck Date: 09/03/2013 Ck No: 4342 Amt: $150000.00**



SHALOM MAIDENBAUM
30 DAY SPIRIT RD
LAWRENCE, NY 11559

4341

1/49/80

09/26/2013

PAY TO THE
ORDER OF    Aaron Fleischman                    $ **100,000.00

One hundred thousand and 00/100 _____ DOLLARS

CITIBANK, N.A.
CENTEREACH, NY 11720

MEMO    Loan    Aaron Fleischman

                                                AUTHORIZED SIGNATURE

⑈004341⑈ ⑆021100114861⑆ 000091230627456⑈

**Ck Date: 09/03/2013 Ck No: 4341 Amt: $100000.00**



SHALOM MAIDENBAUM
XXXXXXXXXXXXX
LAWRENCE, NY 11559

4374
1/4010

09/18/2013

PAY TO THE
ORDER OF    Lawrence Groc Am Money

$ ***100,000.00

One hundred thousand and 00/100 *************************    DOLLARS

CITIBANK, N.A.
CENTEREACH, NY 11720

MEMO

⑆004374⑆ ⑆02100114864⑆ 000013905714 5⑆

Ck Date: 09/17/2013 Ck No.: 4374 Amt: $100000.00

**LAWRENCE KATZ**
**IOLA**
446 CENTRAL AVE, UNIT 221
CEDARHURST, NY 11516-2026

1904

DATE _Feb 7, 2014_

PAY TO THE ORDER OF _Shalom Maidenbau_   $ 25000

_Twenty Five Thousand 00/100_   DOLLARS

**Bank of America**
ACH R/T 021000222

FOR _Chalus_

⑈001904⑈ ⑆021000322⑆ 00216301567 10⑈

116949854 82142814 NY872 9660265 BIC



Print a Copy      Clc

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 03-15-2016 14:53 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| Shalom Interest Checking: 6745 | 4734 | 10/08/2014 | $ 100,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



Print e Copy    Clc

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 03-15-2016 14:54 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4739 | 11/10/2014 | $ 100,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



Print a Copy    Clo

**ATM/Debit Card:** XXXX-XXXX-XXXX-2268

As of 03-15-2016 14:55 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4812 | 02/24/2015 | $ 75,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:24 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4850 | 05/06/2015 | $ 250,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



Print a Copy   Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:24 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4876 | 06/22/2015 | $ 50,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

Print a Copy



ATM/Debit Card: XXXX-XXXX-XXXX-2267

As of 03-06-2017 15:14 EST

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| Shalom Interest Checking: 6745 | 5348 | 08/04/2016 | $ 50,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

🖶 **Print**   **Close**

**CHECK: 8074**
**Date:** Apr 27, 2017
**Amount:** $90,000.00

🔍   🔍



Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. <u>Learn more</u>.

SHALOM MANDENBAUM
133 SPRUCE STREET
CEDARHURST, NY 11516

CITIBANK, N.A.
CEDARHURST, NY 11516
1-456/218

2159

4/12/2006

PAY TO THE
ORDER OF ___ Lawrence Katz, As Attorney ___                          $ **25,000.00

Twenty-Five Thousand Only _____ DOLLARS

MEMO ___ Investment in Roriklihi ___

⑈002159⑈ ⑉021801406⑉ 000092306745⑈          ⑈000.25000000⑈

Ck Date: 04/12/2006 Ck No: 2159 Amt: $25000.00

Ck Date: 04/12/2006 Ck No: 2159 Amt: $25000.00



Ck Date: 11/17/2009 Ck No: 3163 Amt: $50000.00

Ck Date: 11/17/2009 Ck No: 3163 Amt: $50000.00

𝓑

# CHOSHEN ISRAEL LLC

CEDARHURST CENTER • 445 Central Avenue • Cedarhurst, NY 11516

(516) 374-9500 • (800) 593-9550 • Fax (516) 374-3361

11/6/07

Re: Cardis Investment

Hi Shalom:

This is to confirm that we have transferred from The Boss's daughter's investment of $ 75,000.00 that was tendered on December 16, 2005 to the following:

Shalom S. Maidenbaum- 25,000 shares & 12,500 warrants

Anthony Montilli- 25,000 shares & 12,500 warrants

Steven Garber- 25,000 shares & 12,500 warrants

The shares will be issued at the time of the offering. The warrants expiration will be extended through the offering date and each investor will be notified as to the last date that they can convert the warrant at .67 cents.

Sincerely,

Seth Rosenblatt
Choshen Israel

B 1



THE ROSS'S DAUGHTER, LLC.

1843

PAY TO THE ORDER OF LAWRENCE KEY

$ 2,000.00

Twenty Thousand and 00/100

MEMO Cardis

⑆001843⑆ ⑆02100008⑆ 081264794⑈



Ck Date: 12/09/2005; Ck No. 2077; Amt: $37,500.00

84264794

ORG: MFG 3817
AUG-01 Acct#

12/09/05 15:31    #DM00072 7AM 006
84264794         $37,500.00 DRL

021000089
D2077
1848  84004890D

Ck Date: 12/09/2005 Ck No: 2077 Amt: $37500.00

B4

GARBER ATLAS FRIES & ASSOCIATES, INC.
OPERATING II ACCOUNT
3070 LAWSON BLVD.
OCEANSIDE, NY 11572-2711

THE FIRST NATIONAL
BANK OF LONG ISLAND
310 MERRICK ROAD
ROCKVILLE CENTRE, NEW YORK 11570
50-1133/214 11

4701

47013

PAY TWELVE THOUSAND FIVE HUNDRED DOLLARS and 00 CENTS

TO THE
RDER OF

Shalom S. Maidenbaum, Esq.

DATE
12/27/05

AMOUNT
$12,500.00*

OPERATING II ACCOUNT

AUTHORIZED SIGNATURE

⑈04701⑈ ⑆021411335⑈ 11 700465 5⑈

ROSENFELD & MAIDENBAUM / ATTORNEYS

Hi Lucy

I will
deposit $150k
c 5,000—
tomorrow
and
$5,000
Monday

Curtis

Cards



**$50,000.00**

MEMO ___Cardis___

⑆002303⑆ ⑈202400148⑈ 000042302745⑈



**$25,000.00**

SOLOMON OADENBANK

Twenty Five Thousand Only

⑆002304⑆ ⑈202400148⑈ 000042308745⑈

Ck Date: 10/12/2006 Ck No: 2356 Amt: $25000.00

Ck Date: 10/12/2006 Ck No: 2356 Amt: $25000.00

FNB
CITIBANK

SHALOM MANDELBAUM
53 SPRUCE STREET
CEDARHURST, NY 11516

2658

TD BANK, N.A.
CEDARHURST NY 11516
1-146/219

11/20/2007

PAY TO THE
ORDER OF   Leadline Kidz At Night   $ **25,000.00

Twenty-Five Thousand Dollars   DOLLARS

Corda

#002658# #021001148# 0000923067415#

#000250000.00

Ck Date: 12/04/2007 Ck No: 2658 Amt: $25000.00

CK Date: 12/04/2007 CK No: 2658 Amt: $25000.00

SHALOM MARDENBAUM
78 SPRUCE STREET
CEDARHURST, NY 11516

2815

CHASE BANK O.F.
CEDARHURST, NY 11129
154030

PAY TO THE
ORDER OF    Lucas K. 7.2                    2-20-02

Seventy five Thousand                    $75 000.00

DOLLARS

For Thomas

⑃ 1233

⑈000281⑈ ⑆021001486⑆ 000093068715⑈

/0007500000/

Ck Date: 07/25/2008 Ck No: 2815 Amt: $75000.00

ly 31, 2008
MAIDENBAUM
ount   923306745



Ck Date: 07/25/2008 Ck No: 2815 Amt: $75000.00

PAID CITIBANK

Ck Date: 06/23/2009 Ck No: 3097 Amt: $150000.00



Ck Date: 06/23/2009 Ck No: 3097 Amt: $150000.00

Ck Date: 08/05/2009 Ck No: 3072 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3072 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3073 Amt: $50000.00

Ck Date: 08/05/2009 Ck No: 3073 Amt: $50000.00

Ck Date: 08/05/2009 Ck No: 3074 Amt: $50000.00

Ck Date: 08/05/2009 Ck No: 3074 Amt: $50000.00


citi

Print   Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:43 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3083 | 09/23/2009 | $ 75,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. <u>Learn more</u>

Ck Date: 02/08/2010 Ck No: 3271 Amt: $65000.00



Ck D

Ck Date: 02/08/2010 Ck No: 3271 Amt: $65000.00



Ck Date: Ck Date: 02/04/2010 Ck No: 3244 Amt: $70000.00

Ck Date: 02/04/2010 Ck No: 3244 Amt: $70000.00



Ck Date: 05/06/2010 Ck No: 3311 Amt: $125000.00

Ck Date: 05/06/2010 Ck No: 3311 Amt: $125000.00



**Business Platinum Card®**
ROSENFELD/MAIDENBAUM
SHALOM S MAIDENBAUM
Closing Date 03/25/12

**OPEN** ℠

| Detail Continued | | Foreign Spend | Amount |
|---|---|---|---|

| | Description | Price | | | | Amount |
|---|---|---|---|---|---|---|
| | PUBLISHING & PRINTI | $2,904.32 | | | | |
| 03/14/12 | TROUTMAN SANDERS LLPATLANTA | | GA | | | $15,000.00 |
| | 4048853000 | | | | | |
| 03/14/12 | -KAL AUTO     JERUSAI FM | | | | | |



Ref. No.: 8130064924S1590 Amount: 9,000.00



Print a Copy   Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:25 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
| --- | --- | --- | --- |
| Shalom Interest Checking: 6745 | 4891 | 07/16/2015 | $ 100,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. <u>Learn more</u>



ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:25 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4893 | 07/17/2015 | $ 175,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

**citi**

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 03-14-2016 15:28 EDT

## SERVICES **Check Details**

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| Shalom Interest Checking: 6745 | 4917 | 08/12/2015 | $ 100,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

 **citi**

Print a Copy    Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:26 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4918 | 08/13/2015 | $ 50,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

Wire Transfers - Citibank

Accounts   Payments & Transfers   Investments   Financial Tools   , Account Management          Go to Citi.com        Sign Off

Welcome Shalom Maidenbaum    | 1 | Messages    | Last Login: June 14, 2016, 11:47 AM

**Common Questions**

What information do I need
to send a domestic wire
transfer?

What information do I need
to send an international
wire transfer?

What do online wire
transfers cost?

Is there a dollar limit for
outgoing wire transfers?

Please be advised Japan now
requires a foreign currency contract to
be on file for the recipient's account to
be credited in US dollars. Refer to the
recipient to confirm a contract is on file
prior to completing the transfer.

## Seé Past Wire Transfers

| Past Wire Detail | |
|---|---|
| Source Account | XXXXXXXXX745 (Checking) |
| Amount | $200,000.00 |
| Beneficiary | Pearl Cohen Zedek Latzer Baratz 1500 Broadway New Your, NY 10017 |
| Beneficiary Account | 665617110065 |
| Bank | JPMORGAN CHASE BANK, NA New York, NY |
| Destination ABA | 021000021 |
| Special Instructions | EPoint Payment Corp. |
| Date | 08/26/2015 |
| Reference Number | 0736840736860433447716D |
| Citibank Reference Number | 2381866697 |
| Customer Reference Number | |
| Set up by | SHALOM S MAIDENBAUM |
| Approved By | SHALOM S MAIDENBAUM |

[< Back]

Terms & Conditions      Privacy      Security      Careers      About Us      Contact Us      Site Map

This page of citi.com contains information about U.S. domestic financial services provided by the Citigroup family of companies and is intended for use domestically in the U.S. Terms, conditions and fees for accounts, products, programs and services are subject to change.

The products, account packages, promotional offers and services described in this website may not apply to customers of Citigold Private Client, Citigold International, International Personal Banking or Global Executive Banking. Please click on the appropriate link to obtain such information.

Copyright © 2016 Citigroup Inc
jfp/prap42-env14fp
BANKRIAWebEnglish/Secure/MyCitiTransfers/Wires/IFrame/CitiWires

# citi

Print a Copy    Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:27 EDT

## SERVICES **Check Details**

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4945 | 09/11/2015 | $ 400,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



Print a Copy    Cl

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:27 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4939 | 09/08/2015 | $ 200,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more