EXHIBIT 15

At Part 43 of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse, 60 Centre Street, Borough of Manhattan, City and State of New York, on the 23rd day of May, 2023

PRESENT: **HON. ROBERT R. REED**
**J.S.C.**

, Justice.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,

                    Plaintiff,

     -against-

AARON D. FISCHMAN, STEPHEN BROWN,
STEVEN HOFFMAN, LAWRENCE KATZ,
SETH ROSENBLATT, CARDIS ENTERPRISES
INTERNATIONAL N.V., CARDIS ENTERPRISES
INTERNATIONAL (U.S.A.) INC.,
CARDIS ENTERPRISES INTERNATIONAL B.V.,
CHOSHEN ISRAEL LLC, LAW OFFICES OF
LAWRENCE KATZ, ESQ. PLLC, LAW OFFICES OF
LAWRENCE KATZ P.C., and ZERP LLC,

                    Defendants,

     -and-

NINA FISCHMAN, RAFAELA FISCHMAN,
ALEXANDER FISCHMAN, STUART FISCHMAN,
ANNE SHIMANOVICH, and ETHEL WEISSMAN,

                    Relief Defendants.
-----------------------------------------------------------------X

**ORDER AND JUDGMENT
ON CONSENT AGAINST
AARON D. FISCHMAN**

Index No. 452353/2018

Justice Robert R. Reed
Part 43

Upon the Consent by Aaron D. Fischman to Order and Judgment on Consent, executed by defendant Aaron D. Fischman on February 3, 2023, which was electronically filed herewith, upon all the pleadings and all prior proceedings herein, and by the joint motion of the

Plaintiff by the Office of the Attorney General of the State of New York ("OAG") and defendant Aaron D. Fischman, all interested parties having been given notice and the opportunity to be heard, it is hereby:

ORDERED, ADJUDGED AND DECREED that the defendant Aaron D. Fischman is bound by the terms of this Order and Judgment on Consent; and it is further

ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of the Plaintiff and against defendant Aaron D. Fischman, whose current address is 703 Carlyle Street, Woodmere, New York 11598, for restitution in the amount of TWO MILLION DOLLARS ($2,000,000.00), which amount shall be paid by defendant Aaron D. Fischman in accordance with the terms and conditions of his plea agreement and sentencing under Indictment Number 636N-20, Supreme Court of the State of New York, County of Nassau, and the making of such payment in the Criminal Case shall constitute full payment of the aforementioned two million dollars in this civil action and interest on the Judgment shall not accrue from the date of the conviction in the Criminal Case until three years thereafter, or until the Judgment is satisfied, whichever occurs first; and it is further

ORDERED, ADJUDGED AND DECREED that defendant Aaron D. Fischman is enjoined from acting as or being associated with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization in the sale of securities or commodities within or from the State of New York, in any capacity, for a period of five years commencing on the date defendant Aaron D. Fischman is sentenced under Indictment Number 636N-20, Supreme Court of the State of New York, County of Nassau; and it is further

ORDERED that failure to comply with any provision of this Order and Judgment on Consent shall be deemed to be a violation of this Order and Judgment on Consent. Upon any such violation, the OAG may take any and all steps available to enforce this Order and Judgment on Consent, including civil or criminal contempt; and it is further

ORDERED that in any subsequent civil litigation by the OAG, including in a proceeding to enforce the order and judgment on consent or the OAG's rights to any payment or money judgment pursuant to this Order and Judgment on Consent, such as a nondischargeability complaint in any bankruptcy case, the facts alleged in the First Amended Complaint shall be taken as true, without further proof thereof. These facts are sufficient to establish all the elements necessary to sustain an action by the OAG pursuant to section 523(a)(2)(A) of the Bankruptcy Code, 11 U.S.C. §523(a)(2)(A), and this Order and Judgment on Consent shall have collateral estoppel effect for such purposes; and it is further

ORDERED that any violation of this Order and Judgment on Consent by defendant Aaron D. Fischman shall constitute a Default; and it is further

ORDERED that defendant Aaron D. Fischman expressly agrees and acknowledges that in the event of a Default, this Order and Judgment on Consent shall in no way bar or otherwise preclude the OAG from commencing, conducting, or prosecuting any investigation, action, or proceeding, however denominated, related to the Order and Judgment on Consent against defendant Aaron D. Fischman, or from using in any way statements, documents, or other materials produced or provided by defendant Aaron D. Fischman prior to or after the date of this Order and Judgment on Consent, and any statute of limitations or other time-related defenses relating to the within-captioned action are tolled from and after the effective date of this Order and Judgment on Consent until five years from the plea and conviction of the defendant Aaron

- 3 -

D. Fischman in the Criminal Case or until such time as the defendant Aaron D. Fischman has complied with the terms set forth herein; and it is further

ORDERED that this Court shall retain jurisdiction of this action for the purpose of carrying out the terms of this Order and Judgment on Consent, or granting such further relief as the Court deems just and proper until such time as the defendant Aaron D. Fischman has complied with the terms set forth herein; and it is further

ORDERED that OAG be and hereby is permitted to make further applications for such other and further relief as it appears to the OAG is proper and necessary for the enforcement of this Order and Judgment on Consent.

ENTER

*[Signature]*
HON. ROBERT R. REED
J.S.C.
5/23/23

| | |
|---|---|
| 7 th   Jul.   2023 | *[Signature]* Milton Adam Tingling |
| **Date** | **Clerk** |

FILED
JUL 07 2023
AT    11:32 A  M
N.Y. CO. CLK'S OFFICE

FILED
Jul 07 2023
NEW YORK
COUNTY CLERK'S OFFICE

- 4 -

**Judgment**
**Index#452353/2018**