**NEW YORK STATE OFFICE OF**
**THE ATTORNEY GENERAL**

R. Verle Johnson
Assistant Attorney General
28 Liberty Street, 21st Floor
New York, New York 10005
Telephone: (212) 416-8207
verle.johnson@ag.ny.gov

*Counsel for the People of the*
*State of New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHOSHEN ISRAEL LLC, | ) | Case No.: 23-35636 (CGM) |
| | ) | |
| Debtor. | ) | |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**</u>

 **PLEASE TAKE NOTICE** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy

Procedure, the attorney listed below appears as counsel for the People of the State of New York,

by the New York State Office of the Attorney General (the "NYSOAG"), in the above-referenced

matter, and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by

the Court, that all notices that are required to be given in these chapter 11 cases or in any related

adversary proceeding, and all papers that are required to be served in this case be given to and

served upon the undersigned, at the following address:

| |
|---|
| R. Verle Johnson |
| Assistant Attorney General |
| New York State Office of the Attorney General |
| Investor Protection Bureau |
| 28 Liberty Street, 21st Floor |
| New York, New York 10005 |
| Telephone: (212) 416-8207 |
| verle.johnson@ag.ny.gov |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, service of copies of all papers, including but not limited to, reports, pleadings, motions, applications, petitions, schedules, complaints, demands, statements of financial affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise (or circulated drafts of any of the foregoing), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the above address.

**PLEASE TAKE FURTHER NOTICE** in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the NYSOAG does not intend for this Notice of Appearance and Request for Service, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any rights to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases; or (v) any rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the NYSOAG may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies the NYSOAG expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for

Notices and Service does not constitute an agreement to accept service of initial process under

Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel

being deemed to be the agent of the NYSOAG for such purpose.

Dated: September 25, 2023
      New York, New York

Respectfully Submitted,

**LETITIA JAMES**
**Attorney General of the State of New York**

/s/ R. Verle Johnson
R. Verle Johnson
Assistant Attorney General
28 Liberty St.
New York, New York 10005
Telephone: (212) 416-8207
Email: verle.johnson@ag.ny.gov

*Counsel for the People of the State of New York and*
*Of Counsel for NYSOAG*

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2023 the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** was filed and served electronically through the Court's CM/ECF system.

/s/ R. Verle Johnson
R. Verle Johnson