UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

---------------------------------------------------X

*In re* CHOSHEN ISRAEL LLC,

                     Debtor,

---------------------------------------------------X

Chapter 11

Case No. 23-35636 (CGM)

## ORDER DENYING THE DEBTOR'S MOTION TO HOLD MAIDENBAUM AND HIS ATTORNEYS IN CIVIL CONTEMPT AND FOR RELATED RELIEF

      Upon the Motion of the Debtor, Choshen Israel, LLC (the "Debtor"), for an order pursuant to 11 U.S.C. §§362(a)(1) and 362(a)(6) holding Shalom S. Maidenbaum ("Maidenbaum"), and Eric W. Berry and Elliot J. Blumenthal, as Maidenbaum's attorneys (together, with Maidenbaum, "Respondents"), in civil contempt, and for an award of attorneys' fees, costs expenses and disbursements, filed on August 19, 2023 [ECF 10] (the "Motion"); and upon the Declaration of Eric Berry in Opposition to the Motion filed by Respondents on November 14, 2023 [ECF 42] ("Respondents' Opposition"); and the Court having held a hearing on all aspects of the Motion on November 21, 2023; and after hearing argument from counsel for both the Debtor and Respondents; and for the reasons set forth in Respondents' Opposition and on the record at the hearing; and sufficient cause appearing therefor, it is hereby

      ORDERED that the Motion is denied.



**Dated: November 30, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**