UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

---------------------------------------------------------X

*In re* CHOSHEN ISRAEL LLC,

            Debtor,

---------------------------------------------------------X

Chapter 11

Case No. 23-35636 (CGM)

### ORDER GRANTING THE MOTION OF SHALOM S. MAIDENBAUM, A CREDITOR, TO DISMISS THE CASE PURSUANT TO 11 U.S.C. §1112(b) WITH PREJUDICE

    Upon the Amended Motion of Shalom S. Maidenbaum, a Creditor ("Maidenbaum"), for entry of an order pursuant to 11 U.S.C. §1112(b)(1), §1112(b)(4)(A) and §1112(b)(4)(M) dismissing this case with prejudice, filed on September 7, 2023 [ECF 23] (the "Motion"):, and upon the Objection to the Motion filed by the Debtor, Choshen Israel, LLC (the "Debtor") on November 16, 2023 [ECF 44]; and the Court having held a hearing on all aspects of the Motion on November 21, 2023, and after hearing argument from counsel for both Maidenbaum and the Debtor, and for the reasons set forth in the Motion and on the record at the hearing; and sufficient cause appearing therefor, it is hereby

    ORDERED that the Motion is granted and the Debtor's bankruptcy case is dismissed



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

**Dated: November 30, 2023**
**Poughkeepsie, New York**