**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Choshen Israel LLC | CASE NO.: 23–35636–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 11–3467954 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 11 case.

Choshen Israel LLC was dismissed from the case on November 30, 2023 .

Dated: November 30, 2023                                    Vito Genna
                                                            Clerk of the Court