# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–4 | User: admin | Date Created: 11/30/2023 |
| Case: 23–35636–cgm | Form ID: 131 | Total: 27 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.PK.ECF@USDOJ.GOV |
| aty | Alicia M. Leonhard | Alicia.M.Leonhard@usdoj.gov |
| aty | Linda M. Tirelli | LTirelli@TirelliLawGroup.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Choshen Israel LLC | 710 Loch Hurlyville Road | Loch Sheldrake, NY 12759 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 |
| smg | New York State Dept. Of Taxation | Bankruptcy/Special Procedures Section | P.O. Box 5300    Albany, NY 12205–0300 |
| smg | Securities and Exchange Commission (DC) | Washington, DC 20549 | |
| smg | Securities and Exchange Commission (NY) | Attn: Allistaire Bambach | 233 Broadway    New York, NY 10279 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 8213595 | 445 CENTRAL LLC | 95 DELANCEY STREET | NEW YORK, NY 10002 |
| 8213596 | AMERICAN EXPRESS CO. | RN STEPHEN SQUERI, CEO | 200 VESEY STREET    NEW YORK, NY 10285 |
| 8213597 | DANIEL STERN | 1598 28TH STREET | BROOKLYN, NY 11229 |
| 8213598 | DAVID GALANTER, ESQ. | 95 DELANCEY SSSTREET | NEW YORK, NY 10002 |
| 8213599 | FREDRICK STERN | 1598 28TH STREET | BROOKLYN, NY 11229 |
| 8219767 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 8213600 | LAUREN ASHLEY MCDONOUGH, ESQ | NYS OFFICE OF THE ATTY GENERAL | 28 LIBERTY STREET    NEW YORK, NY 10005 |
| 8213601 | MOSHE STERN | 1598 28TH STREET | BROOKLYN, NY 11229 |
| 8213602 | PEOPLE OF THE STATE OF NEW YOK | NYS OFFICE OF THE ATTY GENERAL | 28 LIBERTY STREET    NEW YORK, NY 10005 |
| 8213603 | SHALOM MEIDENBAUM | 50 BAY BERRY ROAD | LAWRENCE, NY 11559 |
| 8213604 | SIMON STERN | 1598 EAST 28TH STREET | BROOKLYN, NY 11229 |
| 8213693 | Shalom Maidenbaum | 132 Spruce Street | Cedarhurst, New York 11516 |
| 8213998 | Shalom Maidenbaum | c/o Beny Law PLLC | 745 Fifth Avenue, 5th Floor    New York, New York 10151 |
| 8233826 | Shalom Maidenbaum | c/o Berry Law PLLC | 745 Fifth Avenue, 5th Floor    New York, NY 10151    Attn: Eric W. Berry, Esq. |
| 8228729 | Shalom Maidenbaum | c/o Tarter Krinsky & Drogin LLP | 1350 Broadway, 11th Floor    New York, New York 10018    Attn: Jill Makower, Esq. |
| 8228747 | Shalom Maidenbaum | c/o Tarter Krinsky & Drogin LLP | 1350 Broadway, 11th Floor    New York, New York 10018    Attn: Michael Z. Brownstein, Esq. |

TOTAL: 24